USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

**SCANNED**

In the United States District Court

for the **WESTERN** DISTRICT OF **PENNSYLVANIA**

UNITED STATES OF AMERICA
V.
MARLON LAKEITH HERBERT

CRIMINAL NUMBER: 07-385

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Marlon Lakeith Herbert, defendant, have been informed that an (indictment, ~~information, complaint~~) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Middle District of Alabama in which I, am, (~~am under arrest~~, am held) and to waive trial in the above captioned District.

Dated: Nov 7 2007 at 9:30 AM

_(signature)_
(Defendant)

_(signature)_
(Witness)

_(signature)_
(Counsel for Defendants)

_Clark Morris_
(Assistant United States Attorney)

Approved

_Clark Morris for Leura G. Canary_
United States Attorney for the
Middle District of Alabama

Mary Beth Buchanan _(signature)_
United States Attorney for the
Western District of Pennsylvania

CERTIFIED FROM THE RECORD
Date 12-4-07
ROBERT V. BARTH, JR., CLERK
By _(signature)_
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-385 |
| | ) | (18 U.S.C. § 922(g)(1)) |
| MARLON LAKEITH HERBERT | ) | |

**INDICTMENT**

**COUNT ONE**

The grand jury charges:

On or about August 7, 2006, in the Western District of Pennsylvania, the defendant, MARLON LAKEITH HERBERT, after having been convicted of the following crimes which are punishable by imprisonment for a term exceeding one year:

1. On or about November 21, 2005, at Case Number 2005-77 in the Circuit Court of Butler County, State of Alabama, of the crime of possession of a controlled substance;

2. On or about December 1, 2000, at Case Number 2000-147, in the Circuit Court of Butler County, State of Alabama, of the crime of possession of a controlled substance; and

3. On or about December 8, 1997, at Case Number 1997-82, in the Circuit Court of Butler County, State of Alabama, of assault in the second degree;

did knowingly possess in and affecting interstate commerce a 9mm Fabrique-Nationale pistol with the serial number obliterated.

In violation of Title 18, United States Code, Section 922(g)(1).

CERTIFIED FROM THE RECORD
Date 12-4-07
ROBERT V. BARTH, JR., CLERK
By_____
Deputy Clerk

## FORFEITURE ALLEGATION

1. The Grand Jury re-alleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. As a result of the knowing commission of the violation of Title 18, United States Code, Section 922(g)(1), charged in Count One of the Indictment, the firearm alleged in that Count, that is, the 9mm Fabrique Nationale pistol with the serial number obliterated, which was involved and used in the knowing commission of that offense, is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

3. If, through any act or omission by the defendant, MARLON LAKEITH HERBERT, the property described in paragraph 2 above (hereinafter the "Subject Property):

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred, sold to, or deposited with a third person;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant, MARLON LAKEITH HERBERT, up to the value of the Subject Property forfeitable above pursuant to Title 18, United States Code, Sections 924(d)(1), Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A True Bill,

*Michael Oelker*
Foreperson

*Robert H. Cum Jr.*
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. )   Criminal No. 07-385
)
MARLON LAKEITH HERBERT )

### CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS

I hereby certify that I have been notified by the United States Magistrate Judge that all pretrial motions must be filed within ten (10) days of Arraignment unless the Court extends the time upon written application made within said ten (10) day period.

_____          _____
Date                                          Attorney for Defendant
                                                   Marlon Lakeith Herbert

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   )
                           )
         v.                )   Criminal No. 07-385
                           )
MARLON LAKEITH HERBERT     )

ARRAIGNMENT PLEA

Defendant Marlon Lakeith Herbert

being arraigned, pleads _____

in open Court this _____ day of

_____, 20____.


_____
(Defendant's Signature)


_____
(Attorney for Defendant)

## CRIMINAL CASE INFORMATION SHEET

1541

Pittsburgh ✓   Erie ____   Johnstown ____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Antitrust & Securities Fraud
2. ____ Tax
3. ✓ General Criminal

07-385

| | |
|---|---|
| Defendant's name: | Marlon Lakeith Herbert |
| Is Indictment waived: | ____ yes   ✓ no |
| Pretrial Diversion: | ____ yes   ✓ no |
| Juvenile proceeding: | ____ yes   ✓ no |
| Defendant is: | ✓ Male   ____ Female |
| Superseding Indictment or Information: | ____ yes   ✓ no |
| Previous case number: | _____ |

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on government's motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Allegheny County

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: 08/07/2006

Defendant:   ✓ is in custody   ____ is not in custody

Name of Institution: Montgomery City Jail, Montgomery, AL

Custody is on:   ____ this charge   ✓ another charge
                 ____ another conviction
                 ____ State   ✓ Federal

| | | |
|---|---|---|
| **Detainer filed:** | _____ yes | √ no |
| **Date detainer filed:** | | |
| **Total defendants:** | 1 | |
| **Total counts:** | 1 | |
| **Data below applies to defendant No.:** | 1 | |
| **Defendant's name:** | Marlon Lakeith Herbert | |

### SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon | √ | |

**FORFEITURE ALLEGATIONS**

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 10-30-07

ROSS E. LENHARDT
Assistant U.S. Attorney
PA ID No. 53627

CLOSED

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
### CRIMINAL DOCKET FOR CASE #: 2:07-cr-00385-AJS All Defendants
### Internal Use Only

Case title: USA v. HERBERT

Date Filed: 10/30/2007
Date Terminated: 12/04/2007

Assigned to: Arthur J. Schwab

**Defendant**

**MARLON LAKEITH HERBERT** (1)

*TERMINATED: 12/04/2007*

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Opening)** | |
| None | |
| **Terminated Counts** | **Disposition** |
| 18:922 (g)(1) POSSESSION OF A FIREARM BY A CONVICTED FELON (1) | Consent to Transfer of Case for Plea and Sentence to the Middle District of Alabama |
| **Highest Offense Level (Terminated)** | |
| Felony | |
| **Complaints** | **Disposition** |
| None | |

CERTIFIED FROM THE RECORD
Date 12-4-07
ROBERT V. BARTH, JR., CLERK
By _____ Deputy Clerk

**Plaintiff**

USA    represented by    Ross E. Lenhardt
United States Attorney's Office (PGH)
700 Grant Street
Suite 4000
Pittsburgh, PA 15219

(412) 644-3500
Email: Ross.Lenhardt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2007 | 1 | (Court only) ****INDICTMENT as to MARLON LAKEITH HERBERT (1) count(s) 1. (Attachments: # 1 Certification and Notice for Filing Pretrial Motions # 2 Arraignment Plea # 3 Criminal Case Info Sheet) (plh) (Entered: 10/30/2007) |
| 10/30/2007 | 2 | Redacted Indictment as to MARLON LAKEITH HERBERT. (plh) (Entered: 10/30/2007) |
| 10/30/2007 | 3 | INDICTMENT Memorandum as to MARLON LAKEITH HERBERT (plh) (Entered: 10/30/2007) |
| 10/30/2007 | 4 | MOTION for Arrest Warrant by USA as to MARLON LAKEITH HERBERT. (plh) (Entered: 10/30/2007) |
| 10/30/2007 | 5 | ORDER granting 4 Motion for Warrant as to MARLON LAKEITH HERBERT (1). Signed by Judge Amy Reynolds Hay on 10/30/2007. (plh) (Entered: 10/30/2007) |
| 10/30/2007 | | **** Arrrest Warrant Issued (plh) (Entered: 10/30/2007) |
| 11/30/2007 | 6 | CONSENT to Transfer Jurisdiction under Rule 20 as toMARLON LAKEITH HERBERT filed by USA (Lenhardt, Ross) (Entered: 11/30/2007) |
| 12/04/2007 | 7 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Middle District of Alabama. Counts closed as to MARLON LAKEITH HERBERT (1) Count 1. (plh) (Entered: 12/04/2007) |
| 12/04/2007 | | ***Terminated Case (plh) (Entered: 12/04/2007) |