IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:06-cr-138-WKW |
| v. | ) | 2:07-cr-319-WKW |
| | ) | |
| MARLON LAKEITH HERBERT | ) | |

**MOTION TO CONSOLIDATE PLEA HEARINGS**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this court to consolidate the change of plea hearings in the above-styled cases. As grounds for such motion, the government states as follows:

1. On June 14, 2006, defendant was indicted in the Middle District of Alabama for possession with the intent to distribute cocaine base in violation of Title 21, United States Code, Section 841(a).

2. On August 7, 2006, defendant was arrested in the Western District of Pennsylvania. Upon his arrest, officers found the defendant in possession of a firearm.

3. Defendant was subsequently indicted in the Western District of Pennsylvania for possession of a firearm after being convicted of a felony, in violation of Title 18, United States Code, Section 922(g)(1).

4. Pursuant to Fed. R. Crim. P. 20, the U.S. Attorney's Office in the Western District of Pennsylvania, the U.S. Attorney's Office in the Middle District of Alabama and the defendant agreed to transfer the Western District of Pennsylvania case to the Middle District of Alabama.

5. Defendant has filed a Notice of Intent to Change Plea in each of the

above-styled cases.

6. The government has drafted and the defendant has signed one plea agreement. Pursuant to such plea agreement, the defendant will plead guilty to all charges in the above-cited case numbers.

WHEREFORE, the government requests that the plea hearings in the above-styled cases be consolidated into one plea hearing.

Respectfully submitted, this the 17th day of January, 2008.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ A. Clark Morris
                A. CLARK MORRIS
                Assistant United States Attorney
                131 Clayton Street
                Montgomery, Alabama 36104
                Telephone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:06-cr-138-WKW |
| v. | ) | 2:07-cr-319-WKW |
| | ) | |
| MARLON LAKEITH HERBERT | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Petersen.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov