IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 2:06-cr-138-WKW |
| v. | ) | 2:07-cr-319-WKW |
| | ) | |
| MARLON LAKEITH HERBERT | ) | |

## MOTION TO CONSOLIDATE PLEA HEARINGS

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this court to consolidate the change of plea hearings in the above-styled cases. As grounds for such motion, the government states as follows:

1. On June 14, 2006, defendant was indicted in the Middle District of Alabama for possession with the intent to distribute cocaine base in violation of Title 21, United States Code, Section 841(a).

2. On August 7, 2006, defendant was arrested in the Western District of Pennsylvania. Upon his arrest, officers found the defendant in possession of a firearm.

3. Defendant was subsequently indicted in the Western District of Pennsylvania for possession of a firearm after being convicted of a felony, in violation of Title 18, United States Code, Section 922(g)(1).

4. Pursuant to Fed. R. Crim. P. 20, the U.S. Attorney's Office in the Western District of Pennsylvania, the U.S. Attorney's Office in the Middle District of Alabama and the defendant agreed to transfer the Western District of Pennsylvania case to the Middle District of Alabama.

5. Defendant has filed a Notice of Intent to Change Plea in each of the

**MOTION GRANTED**

THIS _17th_ DAY OF _January_, 20_08_

_[signature]_

UNITED STATES MAGISTRATE JUDGE