IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:06-cr-138-WKW |
| v. | ) | 2:07-cr-319-WKW |
| | ) | |
| MARLON LAKEITH HERBERT | ) | |

**MOTION TO CONSOLIDATE SENTENCING HEARINGS**

**COMES NOW** the United States of America, by and through Leura G. Canary,

United States Attorney for the Middle District of Alabama, and moves this court to

consolidate the sentencing hearings in the above-styled cases.  As grounds for such

motion, the government states as follows:

1.    On June 14, 2006, defendant was indicted in the Middle District of

Alabama for possession with the intent to distribute cocaine base in violation of Title 21,

United States Code, Section 841(a).

2.    On August 7, 2006, defendant was arrested in the Western District of

Pennsylvania.  Upon his arrest, officers found the defendant in possession of a firearm.

3.    Defendant was subsequently indicted in the Western District of

Pennsylvania for possession of a firearm after being convicted of a felony, in violation of

Title 18, United States Code, Section 922(g)(1).

4.    Pursuant to Fed. R. Crim. P. 20, the U.S. Attorney's Office in the Western

District of Pennsylvania, the U.S. Attorney's Office in the Middle District of Alabama and

the defendant agreed to transfer the Western District of Pennsylvania case to the

Middle District of Alabama.

5.    On January 28, 2008, Defendant changed his plea from not guilty to guilty

in each of the above-styled cases.  With the consent of the government and the

Defendant, the magistrate judge held one change of plea hearing for both of the above-

styled cases.

6.      The Defendant has no objection to the consolidation.

WHEREFORE, the government requests that the sentencing hearings in the

above-styled cases be consolidated into one sentencing hearing.

Respectfully submitted, this the 8th  day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:06-cr-138-WKW |
| v. | ) | 2:07-cr-319-WKW |
| | ) | |
| MARLON LAKEITH HERBERT | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the

following: Michael Petersen.


Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov