IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-0138-WKW |
| | ) | Case No. 2:07-cr-0319-WKW |
| MARLON LAKEITH HERBERT | ) | |

## **ORDER**

Upon consideration of the government's unopposed Motion to Consolidate Sentencing Hearings (Doc. # 13), it is ORDERED that the motion is GRANTED.

DONE this the 10th day of April, 2008.

                                                  /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE