From the Desk of Marlon L. Herbert
Register #: 09107-068
FCC Coleman USP  #1

Mr. Thomas C. Caver
Clerk of Court
U.S. District Court
206 U.S. Courthouse
15 Lee Street
P.O. Box 711 (36101-0711)
Montgomery, AL 36104

2008 JUN 23 A 10:17

DEBRA P. HACKE[T]
U.S. DISTRICT COU[RT]
MIDDLE DISTRICT AL

RE: <u>Copies of my docket sheet; plea and sentencing transcripts;
U.S.A. v Herbert; Case No.: 2:07CR319-001-WRW</u>
                                              WKW

Dear Clerk of Court:

Greetings!

I am writing you today, requesting that you please prepare and send me a copy of the following, free of charge, pursuant to the provisions of 28 U.S.C. § 2250, being that I am indigent, and the requested documents are needed for the preparation of my 28 U.S.C. § 2255 Petition. Please refer to the attached In Forma Pauperis Affidavit. Pursuant to this, I am requesting copies of the following:

1. True and Certified Copy of the Criminal Docket for the above-captioned case number;

2. My Plea Hearing Transcripts;

3. My Sentencing Transcripts.

Thank you, in advance, for your assistance with this matter.

Signed: _Marlon C. Herbert_    Date: _6-18-08_____, 2008
         Marlon L. Herbert

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
AT MONTGOMERY

UNITED STATES OF AMERICA,

vs.

MARLON L. HERBERT.

AFFIDAVIT IN SUPPORT OF MR. HERBERT'S INDIGNECY
(In Forma Pauperis)

I, MARLON L. HERBERT, being duly sworn, depose and say that:

1.) I am the Petitioner in this action.

2.) I state that because of my poveerty I am unable to pay the costs of the Court and/or for the preparation of the requested transcripts; that I believe I am entitled to redress; and that the issues which I desire to raise in a 28 U.S.C. § 2255 Petition, can be supported by excerpts and/or either the entire printed requested documents.

3.) THAT, I am unemployed; that I have not been employed in at least 3 years; that at my last employment/job, that I made an average of salary of $500.00 dollars per month; I do not possess any cah in any checkings and/or saving accounsts; I do not possess and/or own any stocks, bonds, assets, mutual funds, gifts, inheritances, automobiles, jewelry, or any real estate, or rental property. Plus my child[ren], (Mare'huntez)(Me'ajun) Herbert and my child[ren]'s mother, Me'Kunta Jackson, are my dependents.

4.) I, MARLON L. HERBERT, therefor request leave to receive the requested documents, and their copying and/or preparation, free of charge, through In Forma Pauperis Status.

I understand that a false statement in this affidavit will subject me to the penalties of perjury.

I declare under penalty of perjury pursuant to Title 28 U.S.C. § 1746 and 18 U.S.C. § 1621, that the foregoing information contained herein this affidavit is true and correct.

EXECUTED at FCC Coleman USP #1 on this 18 day of June 2008, 2008.

Signed: Marlon L. Herbert
MARLON L. HERBERT

STATEMENT OF INSTITUTIONAL ACCOUNTS

Prisoner's name: Marlon Herbert     Register #: 09107-068

I hereby certify that on this ____ day of June, 2008 this prisoner had a total of $ 0.11 in His Institutional account. I further certify that the mounts listed below are correct:

1. Average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of this action:

   $ 237.01   x20%=$ 47.40

2. Average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of this action:

   $ 13.20   x20%=$ 2.60

I further certify that the above amount, a copy of which is attached hereto.

_____
Authorized Prison Official

_____
Title

FCC Coleman, Florida Sumter County
Subscribed and sworn before me this
18th day of June, 2008
_____
Case Manager
Authorized by the Act of July 7, 1955,
as amended, to administered oaths (18USC 4004.)