IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )   CASE NO. 2:07-cr-319-WKW |
| | ) |
| **MARLAN LAKEITH HERBERT** | ) |

## ORDER

It is ORDERED that the defendant's letter to the court, which is construed as a motion for copies of docket sheet, plea transcript, and sentencing transcript is REFERRED to Magistrate Judge Susan Russ Walker pursuant to 28 U. S. C. § 636.

DONE this 1st day of July, 2008.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE