IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 2:07cr319-WKW |
| | ) | |
| MARLON LAKEITH HERBERT | ) | |

**ORDER ON MOTION**

Marlon Lakeith Herbert ("Herbert") has filed a motion (Doc. No. 19) requesting a copy of the docket sheet in this case as well as copies of the transcripts of his guilty plea and sentencing hearings. The court having considered Herbert's motion, it is ORDERED as follows:

1. To the extent that Herbert requests a copy of the docket sheet in his criminal case, his motion is GRANTED.

2. To the extent that Herbert requests copies of the transcripts of his guilty plea hearing and sentencing hearing, his motion is DENIED.

Herbert is advised that transcripts of his guilty plea and sentencing hearings have not been generated, and transcripts of those proceedings are therefore not a part of the court's file in this case.

The Clerk of the Court is DIRECTED to provide Herbert with a copy of the docket

sheet in this case. The Clerk is further DIRECTED to furnish Herbert with the form used for filing motions to vacate pursuant to 28 U.S.C. § 2255.

DONE, this 29th day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE