AO 245D    (Rev 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MARLON LAKEITH HERBERT | |

Case No.  2:07cr319-01-WKW

USM No. 09107-068

Laronda Martin
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  __1_____ of the term of supervision.

☑ was found in violation of condition(s)  __3 and 4_____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to refrain from the unlawful use of a controlled substance | 04/02/2014 |
| 3 | Defendant did possess a firearm | 05/11/2014 |
| 4 | Defendant did commit another federal, state or local crime | 05/11/2014 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) __2 and 5_____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __4085__

Defendant's Year of Birth:  __1980__

City and State of Defendant's Residence:
    Georgiana, AL

07/02/2014
_____
Date of Imposition of Judgment

_/s/ W. Keith Watkins_
Signature of Judge

W. KEITH WATKINS, CLERK, U.S. DISTRICT JUDGE
Name and Title of Judge

July 8, 2014
_____
Date

AO 245D  (Rev 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: MARLON LAKEITH HERBERT
CASE NUMBER: 2:07cr319-01-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

18 Months. This sentence is to be served consecutively to the sentence imposed in 2:06cr138-WKW and with any state sentence that may be imposed. No term of supervised release imposed. The term of supervised release imposed on 04/15/2008 is REVOKED.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where drug treatment is available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL